IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CASE NO. 1:10-cr-00047-MP -GRJ

DANIEL EDWIN WARWICK,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 39, Motion for Pretrial Release filed by Daniel Edwin Warwick. Defendant Warwick moves the Court to release him from confinement pending trial upon a $50,000 unsecured bond, pursuant to GPS Monitoring, to the supervision of the Pretrial Services Office of the Northern District of Florida. The government filed an objection to the motion for pretrial release. On April 15, 2011 the Court held an in-court hearing on the motion.

In determining whether there are conditions of release that will reasonably assure the appearance of the defendant and the safety of any other person and the community, the Court shall consider the nature and circumstances of the offense charged, the weight of the evidence, the history and characteristics of the person accused, and the nature and seriousness of the danger to any person or the community that would be posed by the person's release. *See* 18 U.S.C. § 3142(g). If, after a hearing pursuant to 18 U.S.C. § 3142(f), the Court finds that no condition or combination of conditions will reasonably assure the appearance of the person and the safety of any other person and the community, the Court shall order the detention of the

person before trial. *See* 18 U.S.C. § 3142(e).

In the instant case, the Defendant poses a risk of nonappearance based on the nature of the offense charged and his criminal history, which include a prior escape. Defendant's criminal history, history of violent behavior, and nature of the offense charged indicate that the Defendant poses a danger to the community. As such, there are no conditions or combination of conditions to reasonably assure either the Defendant's appearance in Court or the safety of the community. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Motion for Pretrial Release, Doc. 39, is DENIED.

**DONE AND ORDERED** this __15th__ day of April, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge