# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO.  1:10cr47-MCR-GRJ
                                                                                  1:16cv215-MCR-GRJ

DANIEL EDWIN WARWICK

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 12, 2018. ECF No. 143. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Motion to Vacate, Set Aside, or Correct Sentence, ECF No. 133, is **GRANTED**.

3. A re-sentencing hearing will be scheduled by separate order.

**DONE AND ORDERED** this 15th day of January 2019.

  s/ *M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**